**Entered on Docket**
**April 23, 2009**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

*Lodge*

U.S. Bank National Association, as Trustee for WFASC 2005-016
08-77176 / 0146462106

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Nicholas Lancaster<br><br><br><br><br>Debtors. | BK-S-08-50787-gwz<br><br>MS Motion No.<br>Date:<br>Time:<br><br>Chapter 13 |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 7 – Payments at $3,307.11 each<br>(September 1, 2008 – March 1, 2009) | $23,149.77 |
| 5 - LATE CHARGES @ $151.09 each<br>(September 15, 2008 – January 15, 2009) | $   755.45 |
| 1 – Post Petition Property Inspection | $     15.00 |
| Bankruptcy Attorney Fees and Costs | $    900.00 |
| Less Amount in Suspense | <$ 2,810.89> |
| Less Check # 848750 – Greater Nevada Credit Union | <$3,310.00> |
| Less Check # 848905 in the amount of $3,310.00 | <$3,310.00> |
| Less Check # 848398 in the amount of $3,310.00 | <$3,310.00> |
| Less Check # 849677 in the amount of $3,310.00 | <3,310.00> |
| Total Amount of Post-petition Default | <u>$ 8,769.33</u> |

1. The above arrearage above shall be paid in monthly installments of $1,461.56. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the April 20, 2009 payment and continuing throughout and concluding on or before August 20, 2009.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the April 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 16745 Mount Rose Highway, Reno, NV 89511, and legally described as follows:

PARCEL 1.

Aparcel of land located in the Northwest 114 of the Northwest 1/4 of Section 3, Township 17 North, Range 19 East, M.D.B. &M., Washoe County, more particularly described as follows:

COMMENCING at the Northwest corner of said Section 3; thence North 89 degrees 08' East 488.74 feet along the North line of said Section 3to the point of beginning; thence South 0 degrees 52' East 287.83

feet; thence North 89 degrees 08' East 150.00 feet; thence North 0 degrees 52' West 287.83 feet to the North line of said Section 3; thence South 89 degrees 08' West 150 feet along the North line of said Section 3 to the point of beginning.

PARCEL 2:

An easement for roadway purposes described as follows:

COMMENCING at the Northwest corner of said Section 3; thence North 89 degrees 08' East 638.74 feet along the North line of said Section 3; thence South 0 degrees 52' East 257.83 feet to the point of beginning; thence North 89 degrees 08' East 103.68 feet to the Northwesterly right-of-way line of State highway No. 27: thence South 38 degrees 40'30" West along the Westerly line of State Highway No 27, a distance of 38.90 feet; thence South 89 degrees 08' West 78.91 feet: thence North 0 degrees 52' West 30.00 feet to the point of beginning.

PARCEL 3:
A parcel of land located in the Northwest 114 of the Northwest 1/4 of Section 3, Township 17 North, Range 19 East, M.D.B. &M., Washoe County, more particularly described as follows:

COMMENCING at the Northwest corner of said Section 3, thence North 89 degrees 08' East 453.74 feet along the North line of said Section 3 to the true point of beginning; thence South 0 degrees 52' East 209.00 feet; thence North 89 degrees 08' East 35.00 feet; thence North 0 degrees 52' West 209.00 feet to the North line of said Section 3; thence South 89 degrees 08' West 35.00 feet along the North line of said Section 3 to the true point of beginning.

PARCEL 4:

An easement for ingress, egress and driveway purposes as set forth in instrument recorded August 26, 1992, in Book 3551, Page 456, as Document No. 1599986, Official Records APN: 047-161-02
Document Number 1860294 is provided pursuant to the requirements of NRS 111.312

　　　　IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

1  Submitted by:

2  WILDE & ASSOCIATES

3

4  By_____

5     GREGORY L. WILDE, ESQ.
       Attorneys for Secured Creditor
6      208 South Jones Boulevard
       Las Vegas, Nevada 89107
7

8  APPROVED AS TO FORM & CONTENT:

9  William Van Meter                           Sean P. Patterson

10 By_____                  By_____

11 William Van Meter                           Sean P. Patterson
   Chapter 13 Trustee                          Attorney for Debtors
12 P.O. Box 6630                               232 Court Street
   Reno, NV 89513                              Reno, NV 89501
13

14

15                                             Nevada Bar No. 5736

16

17

18

19

20

21

22

23

24

25

26