

**Entered on Docket
June 08, 2009**



_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

_____

WILLIAM A. VAN METER, TRUSTEE
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
Telephone: (775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO. BK-N 08-50787-GWZ |
| NICHOLAS LANCASTER, | Chapter 13 |
| Debtor. | **ORDER APPROVING MODIFICATION OF CONFIRMED PLAN** |
| / | Hearing Date: May 29, 2009<br>Hearing Time: 2:00 p.m. |

Having considered the Debtor's motion to modify the confirmed Chapter 13 plan in this case, and having reviewed and considered any arguments and comments of counsel and for good cause appearing;

**IT IS ORDERED,** that the proposed Modification is approved as amended by this Order.

**IT IS FURTHER ORDERED** that in addition to funds paid to the Trustee as of April, 2009 in the amount of $9,520.00, the Debtor's plan payments shall be $400.00 per month from May 2009 through September 2009. Payments will increase to $1,230.00 per month beginning in October 2009 for the remaining term of this 60 month plan. The minimum plan base will be $65,640.00.

**IT IS FURTHER ORDERED**, that additional debtor attorney fees and costs in the amount of $350.00 for work performed in connection with this motion are approved and shall be paid by the Trustee as an administrative expense.

Prepared by:

CHAPTER 13 TRUSTEE

/S/ WILLIAM A. VAN METER
William A. Van Meter, Esq.

Approved by:

/S/SEAN P. PATTERSON
Sean P. Patterdon, Esq.
Attorney for Debtor