```
SEAN P. PATTERSON, Esq.                    ELECTRONICALLY FILED
STATE BAR NUMBER 5736                              7-1-10
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

```
IN RE:                          Case No.   BK-N-08-50787-GWZ
     NICHOLAS LANCASTER                (Chapter 13)
                                RESPONSE   TO   DECLARATION
                                OF BREACH
                                Hearing Date: 11-14-08
                                Hearing Time: 1:30 p.m.
                                Estimated Time: 5 Minutes
_____/
```

The Debtor, by and through his counsel, Sean P. Patterson, Esq. files the following response to the "Declaration of Breach" filed by U.S. Bank National Association/Wells Fargo. Attached hereto as Exhibit "A" and incorporated herein by reference is proof of a four (4) mortgage payments made by the debtor totalling $13,188.00. This is for April through July, 2010. The July, 2010 payment, which has not cleared because the creditor has not cashed the check.

The debtor requests the following:

1. Rescission of the Declaration and the attorneys fees.

2. A total post-petition accounting of this note.

3. Attorneys fees for responding to this document.

Respectfully Submitted this  1  day of July, 2010.


                                    /s/ SEAN P. PATTERSON, ESQ.
                                    SEAN P. PATTERSON, Esq.
                                    Attorney for the Debtor

1

<u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure, Rule 5(b), I hereby certify that I am an employee of the law firm of **SEAN P. PATTERSON**, 232 Court Street, Reno, Nevada 89501; and that on this date, I mailed a true and correct copy of the foregoing document via the United States mail, postage prepaid to:

    Nicholas Lancaster
    16745 Mt. Rose Highway
    Reno, Nv. 89511

This document was electronically mailed to:

    William Van Meter
    C13ecf@nvbell.net

    Gregory Wilde, Esq.
    Bk@wildelaw.com

DATED: <u>July 1, 2010</u>.

                                    <u>/s/ SEAN P. PATTERSON, ESQ.</u>
                                    SEAN P. PATTERSON, ESQ.