EXHIBIT "A"

16745 Mount Rose Hwy, Reno, NV 89511

Wells Fargo Home Mortgage,
One Home Campus
MACX2303-04c
Des Moines, IA 50328.

April 2, 2010

Dear Madam/Sir:

Payments in respect of Wells Fargo Account – 0146462106

Please find the enclosed check for $3300.00, being my April 2010 mortgage payment.

Sincerely

Nicholas Lancaster

---

GREATER NEVADA CREDIT UNION

Nicholas Lancaster
16745 Mount Rose Hwy.
Reno, NV 89511
775-849-4216

714
94-8014/3212

Date: 4/2/2010

Pay to the Order of: Wells Fargo Home Mortgage        $ 3300—
Three thousand three hundred only        Dollars

SENIOR PRIVILEGE ACCOUNT

GREATER NEVADA CREDIT UNION
P.O. Box 2128
Carson City, NV 89702-2128

For: 0146462106

⑆321280143⑆ 10000886336511⑊ 0714

Harland Clarke



16745 Mount Rose Hwy, Reno, NV 89511

Wells Fargo Home Mortgage,
One Home Campus
MACX2303-04c
Des Moines, IA 50328.

April 2, 2010

Dear Madam/Sir:

Payments in respect of Wells Fargo Account – 0146462106

Please find the enclosed check for $3294.00, being my May 2010 mortgage payment.

Sincerely

Nicholas Lancaster

---

**GREATER NEVADA CREDIT UNION**

Nicholas Lancaster
16745 Mount Rose Hwy.
Reno, NV 89511
775-849-4216

726
94-8014/3212

Date: May 6, 2010

Pay to the Order of: Wells Fargo Home Mortgage    $ 3294-00

Three thousand two hundred & ninety four 00/100 Dollars

GREATER NEVADA CREDIT UNION
PO Box 2128
Carson City, NV 89702-2128

SENIOR PRIVILEGE ACCOUNT

For: 0146462106

⑆321280143⑆ ⑈0000886336500⑈ 0726



16745 Mount Rose Hwy, Reno, NV 89511

Wells Fargo Home Mortgage,
One Home Campus
MACX2303-04c
Des Moines, IA 50328.

June 2, 2010

Dear Madam/Sir:

Payments in respect of Wells Fargo Account – 0146462106

Please find the enclosed check for $3300.00, being my June 2010 mortgage payment.

Sincerely

Nicholas Lancaster





16745 Mount Rose Hwy, Reno, NV 89511

Wells Fargo Home Mortgage,
One Home Campus
MACX2303-04c
Des Moines, IA 50328.

July 1, 2010

Dear Madam/Sir:

Payments in respect of Wells Fargo Account – 0146462106

Please find the enclosed check for $3294.00, being my July 2010 mortgage payment.

Sincerely

Nicholas Lancaster

